|  |  |  |
|---|---|---|
| 1 | Robert M. Sulkin, WSBA No. 15425 | Hon. Rosanna Malouf Peterson |
| 2 | Daniel M. Weiskopf, WSBA No. 44941 | |
|   | Claire Martirosian, WSBA No. 49528 | |
| 3 | McNAUL EBEL NAWROT & HELGREN PLLC | |
|   | 600 University Street, Suite 2700 | |
| 4 | Seattle, WA 98101 | |
|   | Phone: (206) 467-1816 | |
| 5 | rsulkin@mcnaul.com | |
|   | dweiskopf@mcnaul.com | |
| 6 | cmartirosian@mcnaul.com | |
|   | *Attorneys for Plaintiff* | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| STEWART KERR, M.D., a married individual, | No. 2:20-cv-00092-RMP |
|---|---|
| Plaintiff, | STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS CLAIMS |
| v. | |
| WENATCHEE VALLEY MEDICAL GROUP, a Washington professional service corporation, CONFLUENCE HEALTH, a Washington processional service corporation, STUART FREED, an individual, and PETER RUTHERFORD, an individual | |
| Defendants. | |

## I. STIPULATION

Pursuant to LCivR41(a)(1)(B), Plaintiff Stewart Kerr, M.D. ("Kerr" or "Plaintiff") and Defendants Wenatchee Valley Medical Group ("WVMG"), Confluence Health ("Confluence"), Stuart Freed ("Freed"), and Peter Rutherford ("Rutherford") (collectively, "Defendants"), by and through their counsel of record, stipulate and respectfully request that the Court dismiss Plaintiff's the following claims from Plaintiff's First Amended Complaint

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS CLAIMS
2:20-cv-00092-RMP – Page 1

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

(Dkt #19) with prejudice and without an award of attorneys' fees or costs to any party:

1. Plaintiff's First Cause of Action ("False Claims Act Retaliation")
2. Plaintiff's Second Cause of Action ("False Claims Act Retaliation")
3. Plaintiff's Fourth Cause of Action ("Constructive Termination in Violation of Public Policy")

Furthermore, Plaintiff and Defendants further request that the Court decline to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismiss the state law claims without prejudice, pursuant to 28 U.S.C. § 1367(c).

STIPULATED BY COUNSEL OF RECORD this 29th day of January, 2021.

    McNAUL EBEL NAWROT & HELGREN PLLC

    By: s/ Claire Martirosian
    Robert M. Sulkin, WSBA No. 15425
    Daniel M. Weiskopf, WSBA No. 44941
    Claire Martirosian, WSBA No. 49528

    600 University Street, Suite 2700
    Seattle, Washington 98101
    (206) 467-1816
    rsulkin@mcnaul.com
    dweiskopf@mcnaul.com
    cmartirosian@mcnaul.com

    *Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS CLAIMS
2:20-cv-00092-RMP – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

|  |  |
|---|---|
| 1 | JEFFERS DANIELSON SONN & AYLWARD PS |
| 2 | |
| 3 | |
| 4 | By: s/ Robert Siderius, Jr._____<br>   Robert Siderius, Jr., WSBA No. 15551<br>   Joseph Ridgeway, WSBA No. 53438 |
| 5 | |
| 6 | 2600 Chester Kimm Road<br>PO Box 1688<br>Wenatchee, WA 98807-1688<br>(509) 662-3685<br>bobs@jdsalaw.com<br>josephr@jdsalaw.com |
| 7 | |
| 8 | |
| 9 | SEBRIS BUSTO JAMES |
| 10 | |
| 11 | By: s/ Jeffrey James_____<br>   Jeffrey James, WSBA No. 18277<br>   Britt Jason Rossiter, WSBA No. 44732 |
| 12 | |
| 13 | 15375 SE 30th P., Suite 310<br>Bellevue, WA 98007<br>(425) 454-4233<br>jaj@sebrisbusto.com<br>jrossiter@sebrisbusto.com |
| 14 | |
| 15 | |
| 16 | *Attorneys for Defendants* |
| 17 | |
| 18 | // |
| 19 | // |

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS CLAIMS
2:20-cv-00092-RMP – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## II.    ORDER

The Court, having reviewed the foregoing stipulation of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES as follows:

1. Plaintiff's First, Third, and Fourth Causes of Action in his First Amended Complaint (Dkt #19) shall be, and hereby are, DISMISSED WITH PREJUDICE and without an award of attorneys' fees or costs to any party.

2. Because the Court DECLINES TO EXERCISE supplemental jurisdiction over Plaintiff's remaining state law claims under 28 U.S.C. § 1367(c), it DISMISSES those claims WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS SO ORDERED.

DATED this _____ day of _____, 2021.

_____
Hon. Rosanna Malouf Peterson

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS CLAIMS
2:20-cv-00092-RMP – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816