FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEWART KERR, MD, a married individual,<br><br>Plaintiff,<br><br>v.<br><br>WENATCHEE VALLEY MEDICAL GROUP, a Washington professional service corporation; CONFLUENCE HEALTH, a Washington professional service corporation; STUART FREED, an individual; and PETER RUTHERFORD, an individual,<br><br>Defendants. | NO: 2:20-CV-92-RMP<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Claims, ECF No. 32. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal, as the parties request. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Claims, **ECF No. 32**, is
   **GRANTED**.

ORDER OF DISMISSAL ~ 1

2. Plaintiff's first cause of action (False Claims Act retaliation), second cause of action (Medicaid fraud False Claims Act retaliation), and fourth cause of action (constructive discharge) are **dismissed with prejudice** and without fees or costs to any party.

3. Furthermore, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and **dismisses** the state law claims **without prejudice**, pursuant to 28 U.S.C. § 1367(c).  *See* ECF No. 32 at 2.

4. All pending motions, if any, are **DENIED AS MOOT**.

5. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice as provided above, provide copies to counsel, and **close this case**.

**DATED** February 2, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL ~ 2